AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

FILED

MAY 1 4 2019

CARMELITA REEDER SHIN
CLERK, U.S. DISTRICT COURT
BY_____
DEPUTY

In the Matter of the Search of                              )
*(Briefly describe the property to be searched*            )
*or identify the person by name and address)*              )     Case No.  M-19- **251** -P
                                                            )
A Yellow 2007 Chrysler Town and Country Touring Van,        )
Oklahoma Plate Number A24736,                               )
VIN# 2A4GP54L97R232960                                      )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Western _____ District of _____ Oklahoma _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | | *Offense Description* |
|---|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery | |

The application is based on these facts:

See Affidavit, attached hereto

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Terry B. Weber, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___5/14/19___

_____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma

GARY M. PURCELL, U.S. MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A

### <u>VEHICLE TO BE SEARCHED</u>

Yellow 2007 Chrysler Town and Country Touring van, VIN 2A4GP54L97R232960, with black front and rear bumpers, black roof rack, tan interior, displaying Oklahoma License Plate A24736, located at the Oklahoma City Police Department Impound Facility, 2800 SE Grand Blvd, Oklahoma City, Oklahoma 73129.

# ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. Dark sunglasses with dark frames.

2. Gray and blue jacket Route 66 logo on the chest and sleeve.

3. Medium size black cloth bag.

4. Clear plastic gloves.

5. Tan work boots.

6. Black hair wig.

7. Red hair wig.

8. Black semi-automatic pistol.

9. Black and white bandanna.

10. Gray carpet remnants.

11. 20 twenty-dollar bait bills with the following serial numbers: GK43508177A, JE0114444F, JB82008006B, IK 400583225D, JK33321637B, IE21199840D, IL40547963D, IK01280381D, GH12168903A, EC04252811B, ID09366932B, JJ68264711B, IK73060769A, IC04817790C, JJ69385602B, JG52962395D, IJ72320532A, JF83074421C, JK63723052B, and EL 00880531E.

12. Any and all documents, records, or correspondence pertaining to ownership of the vehicle described above, including, bill of sale, vehicle registration, and proof of insurance.

## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA    )
                      )
COUNTY OF OKLAHOMA   )

### AFFIDAVIT

I, Terry B. Weber, being duly sworn, depose and state as follows:

1.    I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since September 1997, and have been assigned to the Oklahoma City Division of the FBI for approximately twenty-one (21) years. During the past twenty-one (21) years, I have been assigned to a wide variety of investigations, including numerous investigations of bank robbery. As a Special Agent, I have participated in investigations involving individuals suspected of bank robbery, conducted physical surveillance of individuals involved in bank robbery, retrieved, viewed and analyzed bank robbery surveillance footage and photographs, coordinated the execution of arrest warrants and probable cause arrests of individuals involved in bank robbery, presented testimony in federal court regarding individuals involved in bank robbery, and spoken with cooperating witnesses and subjects, as well as other local and federal law enforcement officers, regarding the various techniques and methodologies of bank robbers.

2.      I have personally participated in this investigation and am familiar with the
information contained in this Affidavit through personal investigation, discussions with
other law enforcement personnel, interviews with witnesses, and review of reports, and
other related documentation.

## PURPOSE OF AFFIDAVIT

3.      The information contained in this Affidavit is submitted for the limited
purpose of establishing probable cause to secure a search warrant for a yellow 2007
Chrysler Van Town and Country Touring van, bearing Oklahoma Taxi license plate
number A24736 and vehicle identification number (VIN): 2A4GP54L97R232960 ("the
**SUBJECT VEHICLE**"), as described further in **Attachment A** (physical description), for
evidence of violations of 18 U.S.C. § 2113 (a) (Bank Robbery), as described further in
**Attachment B** (description of items to be seized).

4.      Since this Affidavit is being submitted for the limited purpose of securing a
search warrant, I have not included each and every fact known to me concerning this
investigation.  I have set forth only the facts that I believe are necessary to establish
probable cause for the requested warrant.

## BACKGROUND OF INVESTIGATION

5.      The Federal Bureau of Investigation (FBI) is investigating a bank robbery
that occurred in Chickasha, Oklahoma, on April 30, 2019.   On that date, at approximately
9:15 a.m., a bank robber entered the Community Bank of Oklahoma branch located at 1227
West Grand Avenue, Chickasha, Oklahoma 73018.   The bank robber entered the bank and

placed a large sponge at the base of the inside door of the bank's mantrap to prevent the door from closing. The robber walked to the second teller window and stated to the bank employee, "give me all your 50's and 100's." After the bank employee complied with his demand, the robber stated, "That's not enough. Give me all your money." The robber then walked around the teller counter and took additional cash from the bank employee's teller drawer. Two other bank employees were also located behind the teller counter at the time of the robbery. The robber collected money from all three bank employees' teller drawers and it was placed in a small, black backpack. The robber took all the cash from the three teller drawers with the exception of mutilated bills and coins. The bank reported a loss of $10,474.00. While he did this, the robber had in his hand, in plain view to others, what appeared to be a pistol with a green grip and silver and/or metallic looking slide. Video surveillance at the bank captured images of the robber place stopper inside the door, brandishing the pistol, and going through the teller drawers collecting the money.

6.     The bank robber then exited the bank's front door with the money, leaving the sponge inside the bank where he placed it.   The bank employees described the robber as a white male, approximately 5'6" to 5'7", slender or medium build, medium complexion who wore boots, jeans, a gray hoodie with a jacket. Some of the employees observed the robber wearing clear plastic food service type gloves. The robber had his hood pulled over the top of his head and used a bandana to conceal the lower part of his face. Based on information provided by witnesses and review of bank surveillance footage, it was determined that the robber was wearing a gray jacket with a Route 66 logo or insignia on

the sleeve and on the chest.   At the time of the robbery, the Federal Deposit Insurance Corporation (FDIC) insured the Community Bank of Oklahoma's accounts.

7.      The physical description of the bank robber, the method of using a door stop on the interior door of the bank's mantrap, and using a disguise was consistent with two other recent bank robberies in Oklahoma City and Yukon, Oklahoma. During the bank robbery at the Bank of the West branch located at 1600 Southwest 89th Street, Oklahoma City, Oklahoma 73159, on March 18, 2019, the suspect wore a black knit hat, black wig, black sweatshirt with white writing, and blue jeans, and placed two pieces of rolled carpet inside both of the bank doors to prevent the doors from closing and to prevent a mantrap device engaging. During the bank robbery at the RCB Bank branch located at 800 Garth Brooks Boulevard #100, Yukon, Oklahoma 73099, the suspect wore a red long haired wig, black top, blue jeans, black sunglasses, clear service food gloves, and was carry a black semi-automatic pistol. During the Oklahoma City and Yukon investigations FBI Agents developed the suspect **RASMUSSEN**. Through these two investigations, **RASMUSSEN** was believed to be associated with Lisa WILSON (L. WILSON). L. WILSON owns a 2006 white Yukon XL, which is registered in her husband's name, Mark WILSON (M. WILSON).

8.      The suspect of the recent and previous bank robberies described in the above paragraphs as well as in the bank robbery used several items in an attempt to conceal his identity. These items are referred to and incorporated in Attachment B. During the robbery of the Community Bank of Oklahoma, in Chickasha, Oklahoma, the robber took several

twenty-dollar "bait" bills with specific known serial numbers. These known serial numbers are described in Attachment B. The suspect of the previously described robberies used items to hold the bank doors ajar in order to avoid being detained or stopped by possible security features. One such items used was a gray in color carpet remnant and is listed in Attachment B. Attachment B includes all items of evidence resulting from the bank robbery investigations referred to in this document.

9.    On Tuesday, April 30, 2019, FBI Agents reviewed surveillance video from College Heights Baptist Church, which is located in Chickasha, Oklahoma.   In fact, the church is across the street from Community Bank of Oklahoma. According to the surveillance video it appears that a large, white SUV drove westbound on Grand Avenue approximately 10 minutes before the robbery. The vehicle appeared to have a spare tire on the front passenger wheel. Approximately two or three minutes prior to the bank robbery, a white SUV can be seen from the church's cameras driving westbound through the intersection directly southwest of the bank. Approximately two minutes later, the same or very similar looking vehicle can be seen driving again through the same intersection at the same westbound direction. Less than a minute later, the bank robber can be observed walking northbound on South 13th Street and around the bank's ATM machine. The robber can be seen walking to the front door of the bank. Approximately a minute after entering the bank, the robber can be observed running out of the bank and returning to the same location from where he arrived – behind the bank, towards the intersection southwest of the bank.

10.    After reviewing surveillance video from the church, FBI Agents reviewed specific surveillance video from the bank's camera which pointed southwest towards the bank's back parking lot. A portion of the video records part of South 13th Street behind the bank. Approximately a minute before the bank robbery, a white SUV can be partially observed drive by a large tree that obstructs the intersection southwest of the bank. Within a few seconds of the SUV passing through the intersection, the bank robber walked north on South 13th Street, around the privacy fence south of the bank, and around the bank's ATM machine. Approximately one minute later, the robber runs south on South 13th Street and appears to turn westbound at the intersection southwest of the bank – in the same direction of the white SUV.

11.    On Tuesday, April 30, 2019, FBI Agents reviewed surveillance video from Grand Elementary School, which is located in Chickasha, Oklahoma—only a few blocks from Community Bank of Oklahoma. A few minutes prior to the bank robbery a large, white SUV was observed heading southbound on South 14th Street. The SUV appeared to have a spare tire on the front passenger wheel—consistent with the white SUV previously described. The SUV turned east at the next street, California Avenue. Approximately four minutes later, the same SUV traveled southbound on South 24th Street but continued south past California Avenue.

12.    On Friday, May 3, 2019, FBI Agents interviewed M. WILSON and L. WILSON. L. WILSON recognized the photos of the sponge placed at the bank's mantrap, interior door as belonging to her husband. She explained that M. WILSON uses those large

types of sponges to wash his 1975 Oldsmobile Cutlass.

13.     Both M. WILSON and L. WILSON stated that they knew **RASMUSSEN** and were at one time coworkers with him.   Screenshots of bank surveillance video from the robbery were shown to M. WILSON and L. WILSON.   From these screenshots, M. WILSON and L. WILSON identified the bank robber's jacket as belonging to **RASMUSSEN**. Additionally, M. WILSON and L. WILSON stated that they believe **RASMUSSEN** is the robber. L. WILSON stated that **RASMUSSEN** stayed with them at their storage unit on Monday, April 29, 2019. On that Monday, **RASMUSSEN** asked to borrow her white Yukon XL for the following day, Tuesday, April 30, 2019—the day of the robbery. At approximately 3:30 p.m. on Tuesday, April 30, 2019, **RASMUSSEN** returned to the storage unit with L. WILSON's Yukon XL. That evening, M. WILSON and L. WILSON took a short trip to Winstar Casino. When the WILSON's returned to the storage unit on Wednesday, May 1, 2019, **RASMUSSEN** and all of his belongings were gone. The WILSONs stated that **RASMUSSEN** stopped by their storage unit on May 4, 2019, but otherwise they have not seen or heard from **RASMUSSEN** since they returned from Winstar Casino.

14.     Following the interview, the WILSON's allowed FBI Agents permission to gather carpet remnants from the storage unit that might be similar to the carpet used as a door stop on one of the previous robberies. While at the storage unit, FBI Agents found an olive drab and silver pellet gun—the grip being olive drab and the slide being silver—that matches, or at least looks very similar to, the surveillance photos of the pistol used in the

Community Bank of Oklahoma robbery. M. WILSON stated the gun did not belong to him and the agents could take it as well as the carpet remnants. L. WILSON's white Yukon XL was parked outside the storage unit. A spare tire was observed on the front passenger wheel—consistent with the white SUV observed at the time of the bank robbery.

15.     A review of investigative files show **RASMUSSEN** has two prior bank robbery convictions—one in Joplin, Missouri, and one in Oklahoma City, Oklahoma.   The latter being a federal conviction.   He was convicted and sentenced in the Oklahoma City, Oklahoma, bank robbery in 1991.

16.     On Monday, May 6, 2019, FBI agents interviewed **RASMUSSEN** at the United States Probation Office—the location of his prior Probation Officer. During the interview, **RASMUSSEN** again denied robbing the bank, but admitted to borrowing L. WILSON's white Yukon XL on April 30, 2019. During the interview **RASMUSSEN** stated he recently purchased a used Dodge van that used to be a taxi, and the vehicle is yellow in color like a taxi. **RASMUSSEN** stated he drove the van to the interview on Monday, May 6, 2019, and parked the vehicle near the United States Probation Office in Oklahoma City. **RASMUSSEN** stated all of his personal possessions were in the Dodge van he drove to the interview.

17.     On the afternoon of May 6, 2019, FBI Agents located a yellow 2007 Chrysler Town and Country Touring van, yellow in color like a taxi, displaying Oklahoma Taxi license plate A24736 (**SUBJECT VEHICLE**). The Dodge Caravan van and the Chrysler Town and Country Touring van are both manufactured by Chrysler and are similar in body

8

and chassis. The aforementioned van did not have any identifying markings or attachments indicating this was a vehicle owned and currently operated as a taxi cab. The vehicle was parked on the east side of Robinson Avenue approximately 100 meters north of Northwest 4th Street in Oklahoma City, which is 1/10th of a mile from the United States Probation and Parole Office in Oklahoma City where FBI Agents interviewed **RASMUSSEN.** On the morning of May 7, 2019, the Oklahoma City Robbery Detective William Lord notified FBI Agents the **SUBJECT VEHICLE** was towed and is currently being held in impound by the Oklahoma City Police Department.

18.     In sum, the investigation has revealed that **RASMUSSEN** has engaged in multiple bank robberies.    Further, the investigation has revealed **RASMUSSEN** drove the **SUBJECT VEHICLE** to Oklahoma City to meet with FBI Agents on May 6, 2019, and parked that vehicle in close proximity to the Oklahoma City United States Probation and Parole Office, which was the location of the aforementioned interview.

## CONCLUSION

19.     Based on the foregoing, I respectfully submit that there is probable cause to believe that evidence relating to violation of 18 U.S.C. §§ 2113 (a) and will be found in the

**SUBJECT VEHICLE.**   I therefore respectfully request issuance of a search warrant based on the above mentioned facts.

**FURTHER, YOUR AFFIANT SAYETH NOT.**

TERRY B. WEBER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this *14th* day of May, 2019.

GARY M. PURCELL
U.S. MAGISTRATE JUDGE

10

## ATTACHMENT A

### <u>VEHICLE TO BE SEARCHED</u>

Yellow 2007 Chrysler Town and Country Touring van, VIN 2A4GP54L97R232960, with black front and rear bumpers, black roof rack, tan interior, displaying Oklahoma License Plate A24736, located at the Oklahoma City Police Department Impound Facility, 2800 SE Grand Blvd, Oklahoma City, Oklahoma 73129.

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED

1.  Dark sunglasses with dark frames.

2.  Gray and blue jacket Route 66 logo on the chest and sleeve.

3.  Medium size black cloth bag.

4.  Clear plastic gloves.

5.  Tan work boots.

6.  Black hair wig.

7.  Red hair wig.

8.  Black semi-automatic pistol.

9.  Black and white bandanna.

10. Gray carpet remnants.

11. 20 twenty-dollar bait bills with the following serial numbers: GK43508177A, JE0114444F, JB82008006B, IK 400583225D, JK33321637B, IE21199840D, IL40547963D, IK01280381D, GH12168903A, EC04252811B, ID09366932B, JJ68264711B, IK73060769A, IC04817790C, JJ69385602B, JG52962395D, IJ72320532A, JF83074421C, JK63723052B, and EL 00880531E.

12. Any and all documents, records, or correspondence pertaining to ownership of the vehicle described above, including, bill of sale, vehicle registration, and proof of insurance.